IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT and KELLY MAYFIELD,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; LOU SCHENK, individually; RON KENNY, individually; DOES I through X; and ROES I through X, inclusive.<br><br>    Defendants. | NO. 2:06-CV-01639<br><br>**ORDER** |

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that all claims against Defendants by Plaintiffs be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED this __6__ day of __Sept__, 2007.

_____
Honorable Lloyd D. George

QBPHX\2111716.1